IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| KIMBERLY ANNA STETSON | Chapter 7 |
|---|---|
| Debtor | Case No. 5:20-bk-01254-RNO |
| KIMBERLY ANNA STETSON | Adversary No. 5:20-ap-00033-RNO |
| Plaintiff, | |
| V. | |
| GRANITE STATE STUDENT LOAN | |
| Defendant. | |

## ORDER OF COURT

AND NOW, upon consideration of *Plaintiff's Motion for Reconsideration* and *Defendant's Response/Opposition thereto*, after hearing held on October 29, 2020, it is

ORDERED that the Motion for Reconsideration is GRANTED and the Order of September 29, 2020, granting Motion for Summary Judgment is VACATED by this Order; and,

FURTHER ORDERED that within twenty-one (21) days of the date of this Order the Debtor/Plaintiff must file a document titled Brief in Opposition to the Motion for Summary Judgment; and,

FURTHER ORDERED that within twenty-one (21) days of the date of this Order the Debtor/Plaintiff must file a Response to the Statement of Material Facts in numbered paragraph form; and,

FURTHER ORDERED that should the Debtor/Plaintiff fail to timely file either required document, summary judgment in favor of the Defendant shall be re-entered.

The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

Dated: October 29, 2020

By the Court,

*/s/ Robert N. Opel II*

Robert N. Opel, II, Bankruptcy Judge (BI)